**FILED**

**JAN 28 2011**

US DISTRICT COURT
MARTINSBURG, WV 25401

RECORD ON APPEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NO. _3:11 cv 6_

GEORGE VAN WAGNER,

        Debtor.                    BK NO. 08-435

Appeal from U.S. Bankruptcy Court
for the Northern District of West Virginia
at Wheeling